Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEWIS ANTHONY RATH,<br>　　　　　Defendant. | NO.   MJ21-626<br><br>PRAECIPE FOR A SUMMONS |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT
　　　You will please issue a summons on a Complaint filed herein to:

LEWIS ANTHONY RATH
2471 Blackbird Valley Lane
Maple Falls, WA 98298

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge Paula L. McCandlis, on December 10, 2021 at 2:00p.m., to answer to a Complaint charging violations of Title 18 United States Code.

　　　DATED this 23rd day of November 2021.

　　　　　　　　　　　*s/J, Tate London*
　　　　　　　　　　　J. TATE LONDON
　　　　　　　　　　　Assistant United States Attorney

**SECRET: YES _____   NO   X   **

PRAECIPE FOR A SUMMONS - 1
*United States v. Rath*
USAO No. 2019R01217

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970